# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ALLEN HORTON II,

                      Plaintiff,

  v.

FRAZIER, et al.,

                      Defendants.

3:22-cv-00487-CSD

**ORDER**

Re:  ECF No. 41

Before the court is Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment. (ECF No. 41.)

Plaintiff requests an additional sixty (60) days in which to file an opposition to Defendants' Motion for Summary Judgment. The court's docket reflects that Plaintiff has had approximately five (5) months in which to file his response to Defendants' Motion for Summary Judgment.

In view of the above, Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 41) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Friday, November 8, 2024**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 29). **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS SO ORDERED.**

DATED:  October 7, 2024.

_____
Craig S. Denney
United States Magistrate Judge