# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN HORTON, II,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRAZIER, *et al.,*<br><br>　　　　　　　　Defendants. | 3:22-cv-00487-CSD<br><br>**ORDER** |

　　　The court finds it appropriate to refer this case to United States Magistrate Judge Carla Baldwin to conduct a settlement conference under LR 16-5 and the case is so referred. If the parties do not settle at the settlement conference, the parties' proposed Joint Pretrial Order is due within 30 days of the date the settlement conference is held.

　　　**IT IS SO ORDERED.**

　　　DATED: November 12, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1