UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLEN HORTON II,

    Plaintiff,

v.

FRAZIER, et al.,

    Defendants.

Case No.: 3:22-cv-00487-CSD

**ORDER**

On January 15, 2025, Judge Baldwin entered a minute order in this case regarding a settlement conference scheduled for January 23, 2025. (ECF No. 53.) On January 17, 2025, the order was returned as undeliverable because the Plaintiff is now housed at Lovelock Correctional Center (LCC), rather than his listed address at Northern Nevada Correctional Center (NNCC). (ECF No. 54.)

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number ... Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. Considering Plaintiff's pro se status, the Court will direct the Clerk of the Court to send a one-time courtesy copy of this order to Plaintiff at LCC. However, Plaintiff must file a notice updating his address with the Court on or before **March 21, 2025**. Any failure by Plaintiff to file his updated address with the Court in the future may result in dismissal of this action.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **March 21, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a courtesy copy of this order to Plaintiff at LCC.

**IT IS SO ORDERED.**

DATED:  January 21, 2025.

_____
UNITED STATES MAGISTRATE JUDGE