AARON D. FORD
Attorney General
JEFFREY D. WHIPPLE (Bar No. 16346)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
E-mail: jwhipple@ag.nv.gov

*Attorneys for Defendants*
*Gaylene Fukagawa and Joseph Benson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN HORTON II,<br><br>         Plaintiff,<br><br>vs.<br><br>FRAZIER, et al.,<br><br>         Defendants. | Case No. 3:22-cv-00487-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Allen Horton II, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

1  The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of March 2025.

DATED this 10th day of March 2025.
AARON D. FORD
Attorney General

_____
ALLEN HORTON, (#1195393)
*Plaintiff, pro se*

*/s/ Jeffrey D. Whipple*
Jeffrey D. Whipple, (Bar No. 16346)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  3/11/2025 , 2025.

_____
UNITED STATES MAGISTRATE JUDGE